DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| IN RE: ) | |
| ) | |
| WINGROVE LLEWELYN RICHARDS, ) | |
| ) | Chapter 7 |
| Debtor. ) | Case No. 3-02-00035 (MFW) |
| ) | |
| ─────────────────────── ) | |
| ) | |
| WINGROVE LLEWELYN RICHARDS, ) | |
| ) | |
| Plaintiff/Appellant, ) | |
| ) | |
| v. ) | D.C. App. Civ. No. 2016-41 |
| ) | |
| BANK OF NOVA SCOTIA; STRYKER, ) | |
| DUENSING, CASNER, DOLLISON; ) | |
| LAWYER'S TITLE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant/Appellee. ) | |
| ) | |

**ATTORNEYS:**

**Wingrove Llewelyn Richards**
    *Pro se plaintiff/appellant,*

**Carol Ann Rich**
Dudley, Rich & Brathwaite
St. Thomas, U.S.V.I.
    *For Bank of Nova Scotia,*

**Matthew J. Duensing**
Stryker, Duensing, Casner & Dollison
St. Thomas, U.S.V.I.
    *For Stryker, Duensing, Casner & Dollison.*

## ORDER

**GÓMEZ, J.**

Before the Court is the Report and Recommendation of the Magistrate Judge recommending that the Court (1) deny the

*Richards v. Bank of Nova Scotia, et al.*
Civ. No. 2016-41
Order
Page 2

petition of Wingrove Llewelyn Richards to proceed *in forma pauperis*; and (2) affirm the May 18, 2016, order of the Bankruptcy Court.

Upon *de novo* review of the record, the Court agrees with the Magistrate's Report and Recommendation.

The premises considered, it is hereby

**ORDERED** that the Report and Recommendation of the Magistrate Judge is **ADOPTED**; it is further

**ORDERED** that the petition of Wingrove Llewelyn Richards to proceed *in forma pauperis* is **DENIED**; it is further

**ORDERED** that the May 18, 2016, order of the Bankruptcy Court is **AFFIRMED**; and it is further

**ORDERED** that the Clerk of the Court shall **CLOSE** this matter.

S\_____
**CURTIS V. GÓMEZ**
**District Judge**